FILED

09/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0461

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0461

STATE OF MONTANA,

Plaintiff and Appellee,

v.

NICOLE ABENICIA NOLI,

Defendant and Appellant.

FILED

SEP 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Nicole Abenicia Noli moves this Court to appoint the Office of the State Public Defender, pursuant to § 47-1-104(4)(c), MCA. As grounds, Noli states that she retained counsel in her underlying criminal case with her parents' financial assistance and that she does not have such assistance for this appeal. She further states that she cannot afford an attorney to represent her on appeal. Noli adds that she contemporaneously submitted a financial application to the Office of the State Public Defender.

Noli includes a copy of the July 20, 2020 Judgment and Order Deferring Sentence from the Seventh Judicial District Court, Dawson County. Noli entered guilty pleas to felony criminal possession of dangerous drugs (methamphetamine) and misdemeanor criminal possession of drug paraphernalia. The District Court deferred imposition of the three-year term and imposed a suspended, six-month jail term for the misdemeanor. Noli has a recent felony conviction, and she may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Noli's Motion for Appointment of Counsel is GRANTED.

The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Nicole Abenicia Noli personally.

DATED this 23rd day of September, 2020.

For the Court,

By _____

Chief Justice